IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02378-MSK-BNB

SHERRY M. TIMM,

      Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,
a/k/a Prudential Financial and a/k/a Prudential Disability Management Services,
MATSUSHITA ELECTRIC CORPORATION OF AMERICA,
a/k/a MECA, f/k/a Panasonic, and
THE MATSUSHITA ELECTRIC CORPORATION OF AMERICA DISABILITY
BENEFIT PLAN, a/k/a MECA Long Term Disability Benefit Plan, f/k/a the Panasonic
Disability Benefit Plan,

      Defendants.
_____

## ORDER VACATING HEARING UNDER FED.R.CIV.P. 16 AND DIRECTING PARTIES TO RESET
_____

THIS CIVIL ACTION came before the court based on Plaintiff's Motion to Re-Schedule Hearing of February 8, 2006 **(#3)**. Good cause has been shown to re-set the hearing based on plaintiff's counsel's trial in another matter. It is, therefore,

The hearing set for February 8, 2006 is vacated. Within 10 days of the date of this Order, counsel shall jointly contact chambers to re-set the hearing under Fed.R.Civ.P. 16.

Plaintiff shall serve this Order on the Defendants within 3 days of its date.

DATED this 9TH day of December 2005.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge