IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02378-MSK-BNB

SHERRY M. TIMM,

        Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,
a/k/a Prudential Financial and a/k/a Prudential Disability Management Services,
MATSUSHITA ELECTRIC CORPORATION OF AMERICA,
a/k/a MECA, f/k/a Panasonic, and
THE MATSUSHITA ELECTRIC CORPORATION OF AMERICA DISABILITY
BENEFIT PLAN, a/k/a MECA Long Term Disability Benefit Plan, f/k/a the Panasonic
Disability Benefit Plan,

        Defendants.

## ORDER RESETTING HEARING

**IT IS HEREBY ORDERED** that the hearing under Fed.R.Civ.P.16 set for February 17, 2006 at 8:00 a.m. is **VACATED** and **RESET** to **March 3, 2006** at **8:00 a.m.**

DATED this 6th day of February, 2006.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge