IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02378-MSK-BNB

SHERRY M. TIMM,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,
a/k/a Prudential Financial and a/k/a Prudential Disability Management Services,
MATSUSHITA ELECTRIC CORPORATION OF AMERICA,
a/k/a MECA, f/k/a Panasonic, and
THE MATSUSHITA ELECTRIC CORPORATION OF AMERICA DISABILITY
BENEFIT PLAN, a/k/a MECA Long Term Disability Benefit Plan, f/k/a the Panasonic
Disability Benefit Plan,

    Defendants.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that the hearing under Fed.R.Civ.P. 16 will be held on **May 1, 2006 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 21st day of March 2006.

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge