IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02378-MSK-BNB

SHERRY M. TIMM,

       Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, a/k/a Prudential Financial, and a/k/a
Prudential Disability Management Services,
PANASONIC CORPORATION OF AMERICA, f/k/a Matsushita Electric Corporation of
America, a/k/a MECA, and d/b/a Panasonic, and
the MATSUSHITA ELECTRIC CORPORATION OF AMERICA DISABILITY  PLAN, a/k/a
the Matsushita Electric Corporation of America Disability Benefit Plan, a/k/a the MECA Long
Term Disability Benefit Plan, and a/k/a the Panasonic Disability Benefit Plan,

       Defendants.

       Defendants.

_____

**ORDER GRANTING STIPULATED MOTION TO AMEND THE CAPTION**
_____

THIS CIVIL ACTION came before the court on the parties' Stipulated Motion to Amend

the Caption **(#27)** to correct references to defendants Panasonic and the Plan.  The motion has been

agreed upon.  Good cause has been demonstrated, as stated in the motion.  It is, therefore,

ORDERED that the caption in this civil action and all references in the pleadings and other

court documents to defendant Panasonic and defendant the Plan are amended as follows:

1.     The designation and references to defendant "Panasonic Corporation of America" are

changed to read:  "PANASONIC CORPORATION OF NORTH AMERICA, f/k/a Matsushita

Electric Corporation of America, a/k/a MECA, and d/b/a Panasonic," for all purposes.

2.     The designation and references to defendant "Matsushita Electric Corporation of

America Disability Plan" are changed to read: "the PANASONIC LONG TERM DISABILITY PLAN, a/k/a the Panasonic LTD Plan, a/k/a the Matsushita Electric Corporation of America Disability Plan, and a/k/a the MECA Long Term Disability Benefit Plan," for all purposes.

The amendment of the caption for the designations of the parties and the references in the pleadings and other court documents are effectuated by this order, and it will not be necessary to revise the pleadings to accomplish the amendment.

Dated this 11th day of May 2006.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge