IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02378-MSK-BNB

SHERRY M. TIMM,

Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, a/k/a Prudential Financial, and a/k/a Prudential Disability Management Services,
PANASONIC CORPORATION OF AMERICA, f/k/a Matsushita Electric Corporation of America, a/k/a MECA, and d/b/a Panasonic, and
the MATSUSHITA ELECTRIC CORPORATION OF AMERICA DISABILITY BENEFIT PLAN, a/k/a the MECA Long Term Disability Benefit Plan, f/k/a the Panasonic Disability Benefit Plan,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Motion for Leave to Amend Answer to Assert Additional Defenses** [docket no. 38, filed July 21, 2006] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached proposed Amended Answer to Amended Complaint for filing.

DATED: July 25, 2006