IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02378-MSK-BNB

SHERRY M. TIMM,

Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, a/k/a Prudential Financial, and a/k/a Prudential Disability Management Services,
PANASONIC CORPORATION OF AMERICA, f/k/a Matsushita Electric Corporation of America, a/k/a MECA, and d/b/a Panasonic, and
MATSUSHITA ELECTRIC CORPORATION OF AMERICA DISABILITY BENEFIT PLAN, a/k/a the MECA Long Term Disability Benefit Plan, f/k/a the Panasonic Disability Benefit Plan,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a status conference.  Consistent with matters discussed during that conference:

IT IS ORDERED that the parties shall file the administrative record on or before **October 20, 2006**;

IT IS FURTHER ORDERED that the parties shall file any supplement to the administrative record on or before **November 10, 2006**;

IT IS FURTHER ORDERED that opening brief in connection with the review of the administrative record shall be filed on or before **December 1, 2006**;

IT IS FURTHER ORDERED that the parties are directed to the district judge to obtain any additional briefing dates or other deadlines that the parties or the district judge may deem necessary.

Dated August 10, 2006.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge