IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02378-MSK-BNB

SHERRY M. TIMM,

Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, a/k/a Prudential Financial, and a/k/a Prudential Disability Management Services,
PANASONIC CORPORATION OF AMERICA, f/k/a Matsushita Electric Corporation of America, a/k/a MECA, and d/b/a Panasonic, and
the MATSUSHITA ELECTRIC CORPORATION OF AMERICA DISABILITY BENEFIT PLAN, a/k/a the MECA Long Term Disability Benefit Plan, f/k/a the Panasonic Disability Benefit Plan,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulated Motion to Modify Briefing Schedule** [docket no. 46, filed November 27, 2006] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  Additional supplementation of the administrative record is due on or before **December 26, 2006**, and the filing of opening briefs on the merits are due on or before **January 8, 2007**.

DATED:  December 13, 2006