IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02378-MSK-BNB

SHERRY M. TIMM,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,
a/k/a Prudential Financial and a/k/a Prudential Disability Management Services,
PANASONIC CORPORATION OF NORTH AMERICA, f/k/a Matsushita Electric
Corporation of America, a/k/a MECA, and d/b/a Panasonic, and
the PANASONIC LONG TERM DISABILITY PLAN, a/k/a the Panasonic LTD Plan,
a/k/a the Matsushita Electric Corporation of America Disability Plan, and
a/k/a MECA Long Term Disability Benefit Plan,

    Defendants.

## ORDER DISMISSING CLAIMS ASSERTED BY THE PLAINTIFF AGAINST THE PANASONIC DEFENDANTS

THIS MATTER comes before on the Stipulation for Dismissal with Prejudice as Between Plaintiff and the Panasonic Defendants **(#63).** The Court being fully advised in the foregoing,

**ORDERS** that all claims asserted by Plaintiff Sherry M. Timm against Defendants Panasonic Corporation of North America and the Panasonic Long Term Disability Plan are dismissed with prejudice. The caption shall be amended to delete reference to Defendants Panasonic Corporation of North America and the Panasonic Long Term Disability Plan.

Dated this 4th day of April, 2007

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge