IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02378-MSK-BNB

SHERRY M. TIMM,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,
a/k/a Prudential Financial and a/k/a Prudential Disability Management Services,

    Defendant.

## ORDER DENYING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE ORDER DISMISSING CLAIMS ASSERTED BY THE PLAINTIFF AGAINST THE PANASONIC DEFENDANTS

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Amend the Order Dismissing Claims Asserted by the Plaintiff Against The Panasonic Defendants **(#66).** The Court having reviewed the Motion and the Order to which it refers **(#64)**, finds that the relief requested is unnecessary. The Order dismisses the claims against the Panasonic Defendants and leaves the Plaintiff's claims against the other named Defendants unaffected.

**IT IS THEREFORE ORDERED** that the Motion **(#66) is DENIED**, as moot.

Dated this 23rd day of April, 2007

                      **BY THE COURT:**

                      */s/ Marcia S. Krieger*

                      Marcia S. Krieger
                      United States District Judge