IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02378-MSK-BNB

SHERRY M. TIMM,

       Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,
a/k/a Prudential Financial and a/k/a Prudential Disability Management Services,

       Defendant.

## ORDER REGARDING COMPLIANCE WITH RULES

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Relief Regarding Order and Judgment **(#73)** filed September 20, 2007. The Plaintiff has not sufficiently complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion (#73) is **DENIED** with leave to renew upon sufficient compliance with D.C.COLO.L.CivR 7.1(A).

Dated this 21st day of September, 2007.

                                                 **BY THE COURT:**

                                                 Marcia S. Krieger

                United States District Judge